IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| BARRY DWAYNE MINNFEE, <br> TDCJ No. 1300468,[1] <br><br> Petitioner, <br><br> v. <br><br> LORIE DAVIS, Director, <br> Texas Department of Criminal Justice, <br> Correctional Institutions Division, <br><br> Respondent. | § § § § § § § § § § § § § § § <br><br> Civil Action No. 7:18-cv-041-O-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings of fact, conclusions of law, and reasons for dismissal set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is **DISMISSED** without prejudice to Petitioner's right to re-file upon obtaining permission from a judicial officer and demonstrating that he has complied with all sanction orders entered against him in federal court.

**SO ORDERED** this **20th day** of **April, 2018**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**

---

[1] Previous TDCJ Nos. 1087306, 965370, and 637140.